**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 11-cv-00675-AP**

**HANSON COLORADO FARMS PARTNERSHIP**,

    Plaintiff,

v.

**THOMAS JAMES VILSACK**, Secretary of the United States Department of Agriculture;
**ROGER KLURFELD**, Director of the National Appeals Division, a Division of the United States Department of Agriculture;
**FEDERAL CROP INSURANCE CORPORATION**, a corporation within the United States Department of Agriculture;
**UNITED STATES DEPARTMENT OF AGRICULTURE**; and
**WILLIAM J. MURPHY**, Administrator, Risk Management Agency;

    Defendants

---

**ORDER**

---

    This matter is currently before me on Defendants' Unopposed Motion to Amend Joint Case Management Plan (doc. 9). Having reviewed this motion and finding good cause shown, Defendants' motion is GRANTED. Section 4 of the Joint Case Management Plan (doc. 8) shall be amended to provide that the Administrative Record shall be filed on or before July 18, 2011, and it and shall consist of a CD disc(s) containing the relevant documents and a CD disc(s) containing the oral transcript of the NAD administrative hearing.

    Dated: June 24, 2011                      BY THE COURT:

                                                                 **/s/ John L. Kane**
                                                                  Senior U.S. District Judge