**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 11-cv-00675-AP**

**HANSON COLORADO FARMS PARTNERSHIP**,

      Plaintiff,

v.

**THOMAS JAMES VILSACK**, Secretary of the United States Department of Agriculture;
**ROGER KLURFELD**, Director of the National Appeals Division, a Division of the United
States Department of Agriculture;
**FEDERAL CROP INSURANCE CORPORATION**, a corporation within the United States
Department of Agriculture;
**UNITED STATES DEPARTMENT OF AGRICULTURE**; and
**WILLIAM J. MURPHY**, Administrator, Risk Management Agency;

      Defendants

---

**ORDER**

---

This matter is currently before me on Defendants' Unopposed Motion to File

Administrative Record Out of Time (doc. 11).  Having reviewed the motion, and finding good

cause appearing, the motion is GRANTED.  Defendants' shall have up to and including July 22,

2011 to file the Administrative Record in this case.


Dated:  July 22, 2011          BY THE COURT:

                                      **/s/ John L. Kane**
                                      Senior U.S. District Judge