IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00675-RPM

HANSON COLORADO FARMS PARTNERSHIP,

     Plaintiff,

v.

THOMAS JAMES VILSACK, Secretary of the United States Department of Agriculture;
ROGER KLURFELD, Director of the National Appeals Division of the United States Department of Agriculture;
FEDERAL CROP INSURANCE CORPORATION, a Corporation within the United States Department of Agriculture, and
WILLIAM J. MURPHY, Administrator of the Risk Management Agency,

     Defendants.

---

## ORDER TO AMEND JUDGMENT

---

Judgment entered on July 6, 2012, pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Match. On July 13, 2012, the Plaintiff and Defendants submitted a stipulated motion to amend the judgment pursuant to Fed.R.Civ.P. 60(a) to correct a clerical error, stating that Memorandum Opinion and Order and Judgment dated July 6, 2012, orders that "no indemnity is due for 1,608.7 acres which were not under the Plaintiff's control when the insurance attached," and the correct number should be 1,068.7 acres.

Accepting the Stipulated Motion to Correct Judgment (Dkt. #34), it is

ORDERED that page 20 of the Memorandum Opinion and Order dated July 6, 2012, shall be amended to state: "no indemnity is due for 1,068.7 acres which were not under the Plaintiff's control when the insurance attached ...."; and it is

FURTHER ORDERED that an Amended Judgment shall enter in accordance with this order.

Dated: July 16, 2012

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge