IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00675-RPM

HANSON COLORADO FARMS PARTNERSHIP,

    Plaintiff,

v.

THOMAS JAMES VILSACK, Secretary of the United States Department of Agriculture;
ROGER KLURFELD, Director of the National Appeals Division of the United States Department of Agriculture;
FEDERAL CROP INSURANCE CORPORATION, a Corporation within the United States Department of Agriculture, and
WILLIAM J. MURPHY, Administrator of the Risk Management Agency,

    Defendants.

---

ORDER GRANTING PLAINTIFF'S FEE APPLICATION UNDER
THE EQUAL ACCESS TO JUSTICE ACT

---

Pursuant to the Court's Order dated September 21, 2012, on Plaintiff's Fee Application Under the Equal Access to Justice Act, and upon receipt of the Plaintiff's supplement to its application, it is

ORDERED that the Plaintiff's application for fees in the amount of $92,721.22 is granted.

Dated:   November 8, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge